```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0005--CV (HRH)
                "USA V ROBERT DOUGLAS MAHON"

       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4/5
              Filed: 01/04/00
             Closed: 03/03/00

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (152) Recovery of defaulted student loans

             Origin: (1) Original Proceeding
             Demand: 7
         Filing fee: Waived
           Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1    MAHON, ROBERT DOUGLAS | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0005--CV (HRH)
                            "USA V ROBERT DOUGLAS MAHON"

                                 For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4/5
             Filed: 01/04/00
            Closed: 03/03/00

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

  Nature of Suit: (152) Recovery of defaulted student loans

            Origin: (1) Original Proceeding
            Demand: 7
       Filing fee: Waived
         Trial by:



Document #    Filed      Docket text
_____

     1 -   1  01/04/00   Complaint w/att exhs filed; Summons issued.

     2 -   1  01/06/00   HRH Minute Order that case referred to MJ Roberts per MJ Rule 4 and 5.
                         cc: cnsl, MJ Roberts

     3 -   1  02/03/00   PLF 1 Return of Service Executed 01/10/00 on def Mahon w/att exh.

     4 -   1  02/08/00   JDR Minute Order re answer/apply for default due w/in 20 days. cc: cnsl

     5 -   1  03/01/00   PLF 1 Unopposed Motion for entry of consent judgment w/att aff &
                         Stipulation for entry of consent judgment. (consent judgment lodged).

     6 -   1  03/03/00   HRH Consent Judgment for $7,198.06 plus post-jmt interest. cc: cnsl, MJ
                         Roberts, O&J 10830

     7 -   1  04/16/01   PLF 1 Application re: Writ of Execution on PFD.

  NOTE -   1  04/17/01   Issued: writ of execution re: DEF 1 on PFD.

     8 -   1  05/10/01   PLF 1 motion (ex parte) for appearance of defendant as judgment debtor
                         before MJ Roberts

     9 -   1  05/16/01   JDR Order granting motion for appearance of defendant as judgment debtor
                         before MJ Roberts on 7/26/01 at 10:00 a.m. (8-1). cc: USA

    10 -   1  05/16/01   PLF 1 motion (ex parte) & memo for telephonic appearance by def at
                         judgment debtor examination.

    11 -   1  05/31/01   PLF 1 motion to vacate order for appearance at JD exam.

    11 -   2  05/31/01   PLF 1 motion to withdraw motion for telephonic appearance at JD exam.

    11 -   3  05/31/01   Clerk's Notice granting motion to withdraw motion for telephonic
                         appearance at JD exam (11-2); withdrawing motion & memo for telephonic
                         appearance by def at judgment debtor examination (10-1)

    11 -   4  06/05/01   JDR Order granting motion to vacate order for appearance at JD exam
                         (11-1). cc: USA
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A00-0005--CV (HRH)
                          "USA V ROBERT DOUGLAS MAHON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 02/14/02 | USM Return of svc on writ of execution re: DEF 1 executed on 4/25/01 no funds. |
| 13 - 1 | 07/19/02 | PLF 1 Application re: Writ of Execution on DEF 1 re: PFD. |
| NOTE - 2 | 07/22/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 14 - 1 | 04/01/03 | USM Return of svc on writ of garnishment re: DEF 1 on 8/1/02 no funds. |
| NOTE - 3 | 04/04/03 | Issued: writ of execution re: DEF 1. |
| 15 - 1 | 04/04/03 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 16 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 1 on 4/10/03 no funds available. |
| NOTE - 4 | 04/09/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 17 - 1 | 04/09/04 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 18 - 1 | 01/11/05 | Return of USM 285 re: writ of garnishment of PFD; exec 4/12/04. |