DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Tel: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 3:00-cv-005 (HRH) |
| ) | |
| Plaintiff,    ) | SATISFACTION OF JUDGMENT |
| ) | |
| vs.                              ) | |
| ) | |
| Robert Douglas Mahon,            ) | |
| ) | |
| Defendant.    ) | |
| ) | |

    Plaintiff the United States, by and through the United States Attorney for the District of Alaska, states that the judgment entered on March 3, 2000 in the above-captioned matter, has been paid in full.  The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

    Plaintiff hereby authorizes removal of the judgment lien which was recorded in the Anchorage Recording District on March 15, 2000 as No. 011858 at Book 03607, Page 283.

RESPECTFULLY SUBMITTED on January 30, 2006.

                    DEBORAH M. SMITH
                    Acting United States Attorney

                    s/Richard L. Pomeroy
                    RICHARD L. POMEROY
                    Assistant U.S. Attorney
                    222 West Seventh Avenue, #9
                    Anchorage, Alaska  99513
                    Tel: (907) 271-5071
                    Fax: (907) 271-2344
                    E-mail: richard.pomeroy@usdoj.gov
                    AK #8906031

I hereby certify that on January, 2006, a copy of the foregoing
Satisfaction of Judgment was served on:

Robert Douglas Mahon
3635 Pine Grove Road
Klamath Falls, OR 97603

By
    ( ) Electronically
    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery


s/Richard L. Pomeroy